UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

ERIN MICHELLE PATTI-COVEYOU,

Defendant.

_____/

**FILED - GR**

May 29, 2026 3:45 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JMW  SCANNED BY: _JV_ / _5-29_

**FELONY INFORMATION**

**2:26-cr-10**
**Hala Y. Jarbou**
**Chief U.S. District Judge**

The United States Attorney charges:

(False Statement on Income Tax Return)

On or about March 16, 2022, in Chippewa County, in the Northern Division of the Western District of Michigan,

ERIN MICHELLE PATTI-COVEYOU

willfully made and subscribed, and caused to be filed with the Internal Revenue Service, a false U.S. Individual Income Tax Return on Form 1040 for calendar year 2021, which was verified by a written declaration that it was made under the penalties of perjury and which she did not believe to be true and correct as to every material matter.  That tax return reported total income of $353,055 whereas, as Defendant knew, she had an additional $279,079 of income that was not reported on the return.

**26 U.S.C. § 7206(1)**

TIMOTHY VERHEY
United States Attorney

Dated: May 29, 2026

CHRISTOPHER M. O'CONNOR
Assistant United States Attorney